**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF IDAHO**

| | | |
|---|---|---|
| In re: Ficarella, Daniel R. | § § § § | Case No. 21-00135-NGH |
| Debtor(s) | | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 03/05/2021. The undersigned trustee was appointed on 03/05/2021.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of         $        330,000.00

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 103,153.67 |
| Administrative expenses | 22,323.64 |
| Bank service fees | 29.76 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 175,000.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]      $ | 29,492.93 |

The remaining funds are available for distribution.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

      5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

      6. The deadline for filing non-governmental claims in this case was 09/02/2021 and the deadline for filing governmental claims was 09/01/2021. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $11,000.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $0.00 as interim compensation and now requests the sum of $11,000.00, for a total compensation of $11,000.00$^2$. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $20.53 for total expenses of $20.53$^2$.

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/14/2021        By: /s/ Patrick J. Geile
                                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

$^2$If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 1

| Case No.: | 21-00135-NGH | Trustee Name: | (320210) Patrick J. Geile |
|---|---|---|---|
| Case Name: | Ficarella, Daniel R. | Date Filed (f) or Converted (c): | 03/05/2021 (f) |
| | | § 341(a) Meeting Date: | 04/08/2021 |
| For Period Ending: | 12/14/2021 | Claims Bar Date: | 09/02/2021 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1921 E. Maple St., Caldwell, ID 83605-0000, Canyon County | 279,900.00 | 21,732.00 | | 330,000.00 | FA |
| 2 | 2013 Ford F250, 101000 miles | 25,500.00 | 0.00 | | 0.00 | FA |
| 3 | 1972 Ford F100 | 1,200.00 | 0.00 | | 0.00 | FA |
| 4 | 2008 Quality utility trailer | 1,500.00 | 0.00 | | 0.00 | FA |
| 5 | Sectional, fish tank & stand, TV stand, table, chairs | 800.00 | 0.00 | | 0.00 | FA |
| 6 | Kitchen appliances, dishes, pots and pans | 900.00 | 0.00 | | 0.00 | FA |
| 7 | Beds, dressers, decorations | 1,000.00 | 0.00 | | 0.00 | FA |
| 8 | Desk, chair, file cabinet | 500.00 | 0.00 | | 0.00 | FA |
| 9 | TVs, computer, printer, VCR/DVD player | 500.00 | 0.00 | | 0.00 | FA |
| 10 | 9mm pistol | 250.00 | 0.00 | | 0.00 | FA |
| 11 | Standard clothing | 75.00 | 0.00 | | 0.00 | FA |
| 12 | 2 cats | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Mower $5,000, mower $150, blower $100, blower $100, trimmer $50, hand tools $100 | 5,500.00 | 0.00 | | 0.00 | FA |
| 14 | Cash | 5.00 | 5.00 | | 0.00 | FA |
| 15 | Checking: First Interstate Bank - 2659 | 1,057.00 | 0.00 | | 0.00 | FA |
| 16 | Savings: Horizon Credit Union | 50.00 | 50.00 | | 0.00 | FA |
| 17 | Checking: Horizon Credit Union | 64.00 | 64.00 | | 0.00 | FA |
| 18 | Checking: First Interstate Bank -1866 | 16.00 | 16.00 | | 0.00 | FA |
| 19 | 2020 tax refund (credit for stimulus that was never received): Federal | 543.00 | 0.00 | | 0.00 | FA |
| 20 | 2020 tax refund: State | 90.00 | 90.00 | | 0.00 | FA |
| **20** | **Assets Totals (Excluding unknown values)** | **$319,450.00** | **$21,957.00** | | **$330,000.00** | **$0.00** |

UST Form 101-7-TFR (5/1/2011)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 2

**Case No.:** 21-00135-NGH
**Case Name:** Ficarella, Daniel R.

**For Period Ending:** 12/14/2021

**Trustee Name:** (320210) Patrick J. Geile
**Date Filed (f) or Converted (c):** 03/05/2021 (f)
**§ 341(a) Meeting Date:** 04/08/2021
**Claims Bar Date:** 09/02/2021

**Major Activities Affecting Case Closing:**

3/8/2021 Submitted tax refund request to IRS - sw
06/01/2021 reviewed case; there is value in the real property probably 8K equity. sent demand to counsel for 11,800
06/04/2021 submitted NOA and updated assets to FA-NEW
08/17/2021 Todd walked through property ready to sell.
08/30/2021 submitted order approving employment of moffis- new
09/07/2021 claims review done, POC 23 & 24 need reviewed- new
09/10/2021 filed motion for approval of sale- new
09/13/2021 buyer backed out, motion still pending and placed back on the market.
10/18/2021 submitted order approving sale- new
11/05/2021 closing set and likely to close.
12/06/2021 emailed Claimant 6 to amend claim to correct interest calculation.

**Initial Projected Date Of Final Report (TFR):** 06/06/2022     **Current Projected Date Of Final Report (TFR):** 12/14/2021 (Actual)

UST Form 101-7-TFR (5/1/2011)

# Form 2

## Cash Receipts And Disbursements Record

Exhibit B

Page: 1

| Case No.: | 21-00135-NGH | Trustee Name: | Patrick J. Geile (320210) |
|---|---|---|---|
| Case Name: | Ficarella, Daniel R. | Bank Name: | East West Bank |
| Taxpayer ID #: | **-***7675 | Account #: | ******0715 Checking |
| For Period Ending: | 12/14/2021 | Blanket Bond (per case limit): | $51,601,059.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/09/21 | | Pioneer Title | Proceeds for Real Property Sale at 1921 E. Maple St., Caldwell per Order, Doc. No. 35 | | 27,857.66 | | 27,857.66 |
| | {1} | | Proceeds for Sale of 1921 E. Maple St $330,000.00 | 1110-000 | | | |
| | | | Homestead exemption -$175,000.00 | 8100-002 | | | |
| | | Todd Moffis | Real estate commission -$19,800.00 | 3510-000 | | | |
| | | | Net Payoff to two liens held by USDA -$103,153.67 | 4110-000 | | | |
| | | | Post-petition real estate taxes to Canyon County Treasurer -$1,665.03 | 2820-000 | | | |
| | | | Utility assessment paid to City of Caldwell -$159.14 | 2420-000 | | | |
| | | | Title insurance -$1,605.00 | 2500-000 | | | |
| | | | Closing costs and recording fees -$759.50 | 2500-000 | | | |
| 11/30/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 29.76 | 27,827.90 |
| 12/07/21 | | Pioneer Title Company | Refund of taxes held at closing for Real property sale | 2820-000 | | -1,665.03 | 29,492.93 |
| | | **COLUMN TOTALS** | | | 27,857.66 | -1,635.27 | $29,492.93 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 27,857.66 | -1,635.27 | |
| | | Less: Payments to Debtors | | | | 175,000.00 | |
| | | **NET Receipts / Disbursements** | | | $27,857.66 | -$176,635.27 | |

{ } Asset Reference(s)   UST Form 101-7-TFR (5/1/2011)                                        ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit B
Page: 2

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 21-00135-NGH | **Trustee Name:** | Patrick J. Geile (320210) | |
| **Case Name:** | Ficarella, Daniel R. | **Bank Name:** | East West Bank | |
| **Taxpayer ID #:** | **-***7675 | **Account #:** | ******0715 Checking | |
| **For Period Ending:** | 12/14/2021 | **Blanket Bond (per case limit):** | $51,601,059.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| | |
|---|---:|
| Net Receipts: | $27,857.66 |
| Plus Gross Adjustments: | $302,142.34 |
| Less Payments to Debtor: | $175,000.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $155,000.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******0715 Checking | $27,857.66 | -$176,635.27 | $29,492.93 |
| | **$27,857.66** | **-$176,635.27** | **$29,492.93** |

UST Form 101-7-TFR (5/1/2011)

Page: 1

# Exhibit C

## Analysis of Claims Register

Case: 21-00135-NGH            DANIEL R. FICARELLA

Claims Bar Date: 09/02/21

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| FEE | Patrick J. Geile<br>PO Box 925<br>Meridian, ID 83680<br><2100-000 Trustee Compensation><br>, 200 | Administrative<br>12/03/21 | | $11,000.00<br>$11,000.00 | $0.00 | $11,000.00 |
| REALTOR | Todd Moffis,<br><3510-000 Realtor for Trustee Fees (Real Estate Commissions)><br>, 200<br>Realtor's commission approved per order, Doc. No. 36 | Administrative<br>12/03/21 | | $19,800.00<br>$19,800.00 | $19,800.00 | $0.00 |
| TE | Patrick J. Geile<br>PO Box 925<br>Meridian, ID 83680<br><2200-000 Trustee Expenses><br>, 200 | Administrative<br>12/14/21 | | $20.53<br>$20.53 | $0.00 | $20.53 |
| 1 | TD Bank, USA,<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610<br>Valid Claim | Unsecured<br>06/10/21 | | $749.42<br>$749.42 | $0.00 | $749.42 |
| 2 | Cavalry SPV I, LLC<br>PO Box 27288<br>Tempe, AZ 85282<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610<br>Valid Claim | Unsecured<br>06/10/21 | | $988.85<br>$988.85 | $0.00 | $988.85 |
| 3 | Cavalry SPV I, LLC<br>PO Box 27288<br>Tempe, AZ 85282<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610<br>Valid Claim | Unsecured<br>06/10/21 | | $2,507.23<br>$2,507.23 | $0.00 | $2,507.23 |

UST Form 101-7-TFR (5/1/2011)

Page: 2

# Exhibit C

## Analysis of Claims Register

Case: 21-00135-NGH    DANIEL R. FICARELLA

Claims Bar Date: 09/02/21

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 4 | Cavalry SPV I, LLC<br>PO Box 27288<br>Tempe, AZ 85282<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610<br><br>Valid Claim | Unsecured<br>06/10/21 | | $4,542.64<br>$4,542.64 | $0.00 | $4,542.64 |
| 5 | Bank of America, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610<br><br>Valid Claim | Unsecured<br>06/11/21 | | $3,963.01<br>$3,963.01 | $0.00 | $3,963.01 |
| 6-2 | Idaho Farm Bureau Financial Services,<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610<br><br>Amended claim to remove post-petition interest | Unsecured<br>06/14/21 | | $1,121.75<br>$1,121.75 | $0.00 | $1,121.75 |
| 7 | Discover Bank,<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610<br><br>Valid Claim | Unsecured<br>06/15/21 | | $4,619.81<br>$4,619.81 | $0.00 | $4,619.81 |
| 8 | Sheffield Financial, a division of Truist Bank,<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610<br><br>Deficiency balance for Hustler Lawn Mower SN ending in #1584 - Valid Claim | Unsecured<br>06/17/21 | | $3,668.67<br>$3,668.67 | $0.00 | $3,668.67 |
| 9 | Sheffield Financial, a division of Truist Bank,<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610<br><br>Deficiency balance for Hustler Lawn Mower SN ending in #3099 - Valid Claim | Unsecured<br>06/17/21 | | $3,356.91<br>$3,356.91 | $0.00 | $3,356.91 |
| 10 | Wells Fargo Bank, N.A.<br>PO Box 9210<br>Des Moines, IA 50306-9210<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>06/24/21 | | $6,732.73<br>$6,732.73 | $0.00 | $6,732.73 |

UST Form 101-7-TFR (5/1/2011)

Page: 3

# Exhibit C

## Analysis of Claims Register

Case: 21-00135-NGH        DANIEL R. FICARELLA

Claims Bar Date: 09/02/21

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Valid Claim | | | | | |
| 11 | West Valley Medical Center, | Unsecured | | $90.00 | $0.00 | $90.00 |
| | <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | 06/24/21 | | $90.00 | | |
| | Valid Claim | | | | | |
| 12 | Capital One Bank (USA), N.A., | Unsecured | | $3,206.45 | $0.00 | $3,206.45 |
| | <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | 06/29/21 | | $3,206.45 | | |
| | Valid Claim | | | | | |
| 13 | Capital One Bank (USA), N.A., | Unsecured | | $848.26 | $0.00 | $848.26 |
| | <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | 06/29/21 | | $848.26 | | |
| | Valid Claim | | | | | |
| 14 | Capital One Bank (USA), N.A., | Unsecured | | $2,964.16 | $0.00 | $2,964.16 |
| | <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | 06/29/21 | | $2,964.16 | | |
| | Valid Claim | | | | | |
| 15 | Capital One Bank (USA), N.A., | Unsecured | | $882.50 | $0.00 | $882.50 |
| | <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | 06/29/21 | | $882.50 | | |
| | Valid Claim | | | | | |
| 16 | Capital One Bank (USA), N.A., | Unsecured | | $1,201.83 | $0.00 | $1,201.83 |
| | <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | 06/29/21 | | $1,201.83 | | |
| | Valid Claim | | | | | |
| 17 | Capital One Bank (USA), N.A., | Unsecured | | $3,329.88 | $0.00 | $3,329.88 |
| | <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | 06/29/21 | | $3,329.88 | | |
| | Valid Claim | | | | | |

UST Form 101-7-TFR (5/1/2011)

Page: 4

# Exhibit C

## Analysis of Claims Register

Case: 21-00135-NGH            DANIEL R. FICARELLA

Claims Bar Date: 09/02/21

| Claim No. | Claimant Name/<br><Category>, Priority | Claim Type/<br>Date Filed | Claim Ref | Amount Filed/<br>Allowed | Paid<br>to Date | Claim<br>Balance |
|---|---|---|---|---|---|---|
| 18 | Citibank, N.A.<br>6716 Grade Ln<br>Blg 9 Ste 910-PY DEPT<br>Louisville, KY 40213-3439<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610<br>Valid Claim | Unsecured<br>06/30/21 | | $114.29<br>$114.29 | $0.00 | $114.29 |
| 19 | Citibank, N.A.<br>6716 Grade Ln<br>Blg 9 Ste 910-PY DEPT<br>Louisville, KY 40213-3439<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610<br>Valid Claim | Unsecured<br>06/30/21 | | $511.02<br>$511.02 | $0.00 | $511.02 |
| 20 | Citibank, N.A.<br>6716 Grade Ln<br>Blg 9 Ste 910-PY DEPT<br>Louisville, KY 40213-3439<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610<br>Valid Claim | Unsecured<br>07/02/21 | | $691.63<br>$691.63 | $0.00 | $691.63 |
| 21 | American Express National Bank,<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610<br>Valid Claim | Unsecured<br>07/06/21 | | $1,041.26<br>$1,041.26 | $0.00 | $1,041.26 |
| 22 | TD Retail Card Services,<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610<br>Valid Claim | Unsecured<br>07/22/21 | | $1,788.91<br>$1,788.91 | $0.00 | $1,788.91 |
| 23 | RC Willey Financial Services,<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610<br>Valid Claim | Unsecured<br>08/10/21 | | $1,655.27<br>$1,655.27 | $0.00 | $1,655.27 |

UST Form 101-7-TFR (5/1/2011)

Page: 5

# Exhibit C

## Analysis of Claims Register

**Case: 21-00135-NGH**  **DANIEL R. FICARELLA**

Claims Bar Date: 09/02/21

| Claim No. | Claimant Name/<br><Category>, Priority | Claim Type/<br>Date Filed | Claim Ref | Amount Filed/<br>Allowed | Paid<br>to Date | Claim<br>Balance |
|---|---|---|---|---|---|---|
| 24 | Idaho Central Credit Union,<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610<br>Valid Claim | Unsecured<br>08/10/21 | | $10,273.70<br>$10,273.70 | $0.00 | $10,273.70 |
| 25 | Idaho Central Credit Union,<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610<br>Deficiency balance for 2016 Ford F150 - Valid Claim | Unsecured<br>08/10/21 | | $2,633.36<br>$2,633.36 | $0.00 | $2,633.36 |
| 26 | U.S. Bank National Association<br>PO Box 5227<br>Cincinnati, OH 45201-5227<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610<br>Valid Claim | Unsecured<br>08/23/21 | | $4,873.93<br>$4,873.93 | $0.00 | $4,873.93 |
| 27 | U.S. Bank National Association<br>PO Box 5227<br>Cincinnati, OH 45201-5227<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610<br>Valid Claim | Unsecured<br>08/23/21 | | $871.72<br>$871.72 | $0.00 | $871.72 |
| | | | **Case Total:** | | **$19,800.00** | **$80,249.72** |

UST Form 101-7-TFR (5/1/2011)

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 21-00135-NGH
Case Name: DANIEL R. FICARELLA
Trustee Name: Patrick J. Geile

**Balance on hand:**     $     29,492.93

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:   $   0.00
Remaining balance:   $   29,492.93

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Patrick J. Geile | 11,000.00 | 0.00 | 11,000.00 |
| Trustee, Expenses - Patrick J. Geile | 20.53 | 0.00 | 20.53 |
| Realtor for Trustee Fees (Real Estate Commissions) - Todd Moffis | 19,800.00 | 19,800.00 | 0.00 |

Total to be paid for chapter 7 administrative expenses:   $   11,020.53
Remaining balance:   $   18,472.40

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| | None | | |

Total to be paid for prior chapter administrative expenses:   $   0.00
Remaining balance:   $   18,472.40

UST Form 101-7-TFR(5/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | |
|---|---|
| Total to be paid for priority claims: | $ 0.00 |
| Remaining balance: | $ 18,472.40 |

UST Form 101-7-TFR(5/1/2011)

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $69,229.19 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 26.7 percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | TD Bank, USA | 749.42 | 0.00 | 199.97 |
| 2 | Cavalry SPV I, LLC | 988.85 | 0.00 | 263.85 |
| 3 | Cavalry SPV I, LLC | 2,507.23 | 0.00 | 669.00 |
| 4 | Cavalry SPV I, LLC | 4,542.64 | 0.00 | 1,212.11 |
| 5 | Bank of America, N.A. | 3,963.01 | 0.00 | 1,057.45 |
| 6-2 | Idaho Farm Bureau Financial Services | 1,121.75 | 0.00 | 299.32 |
| 7 | Discover Bank | 4,619.81 | 0.00 | 1,232.70 |
| 8 | Sheffield Financial, a division of Truist Bank | 3,668.67 | 0.00 | 978.91 |
| 9 | Sheffield Financial, a division of Truist Bank | 3,356.91 | 0.00 | 895.72 |
| 10 | Wells Fargo Bank, N.A. | 6,732.73 | 0.00 | 1,796.49 |
| 11 | West Valley Medical Center | 90.00 | 0.00 | 24.01 |
| 12 | Capital One Bank (USA), N.A. | 3,206.45 | 0.00 | 855.58 |
| 13 | Capital One Bank (USA), N.A. | 848.26 | 0.00 | 226.34 |
| 14 | Capital One Bank (USA), N.A. | 2,964.16 | 0.00 | 790.93 |
| 15 | Capital One Bank (USA), N.A. | 882.50 | 0.00 | 235.48 |
| 16 | Capital One Bank (USA), N.A. | 1,201.83 | 0.00 | 320.68 |
| 17 | Capital One Bank (USA), N.A. | 3,329.88 | 0.00 | 888.51 |
| 18 | Citibank, N.A. | 114.29 | 0.00 | 30.50 |
| 19 | Citibank, N.A. | 511.02 | 0.00 | 136.36 |
| 20 | Citibank, N.A. | 691.63 | 0.00 | 184.55 |
| 21 | American Express National Bank | 1,041.26 | 0.00 | 277.84 |
| 22 | TD Retail Card Services | 1,788.91 | 0.00 | 477.33 |
| 23 | RC Willey Financial Services | 1,655.27 | 0.00 | 441.68 |
| 24 | Idaho Central Credit Union | 10,273.70 | 0.00 | 2,741.33 |
| 25 | Idaho Central Credit Union | 2,633.36 | 0.00 | 702.66 |
| 26 | U.S. Bank National Association | 4,873.93 | 0.00 | 1,300.51 |
| 27 | U.S. Bank National Association | 871.72 | 0.00 | 232.59 |

    Total to be paid for timely general unsecured claims:      $      18,472.40
    Remaining balance:      $      0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | |
|---|---|
| Total to be paid for tardily filed general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

UST Form 101-7-TFR(5/1/2011)