UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

In Re:

DANIEL FICARELLA

Debtor

Case No. 21-00135-NGH
Chapter 7

**ORDER ALLOWING TRUSTEE'S FINAL REPORT
AND DIRECTING DISTRIBUTION**

The Trustee having filed a Final Report and an Application for Compensation and Reimbursement of Expenses, and notice thereof having been given to all creditors, and no objections having been made thereto by any party in interest,

IT IS ORDERED that the Final Report of the Trustee is APPROVED.

IT IS FURTHER ORDERED that compensation to the trustee for service rendered and reimbursement to the trustee for expenses incurred are allowed as follows:

|  | **COMPENSATION** | **EXPENSES** |
|---|---|---|
| Patrick J. Geile | $11,000.00 | $20.53 |

IT IS FURTHER ORDERED that the Trustee disburse the funds remaining in the estate as provided in the Final Report.  //end of text//

DATED: February 25, 2022

_____
NOAH G. HILLEN
U.S. Bankruptcy Judge

Order submitted by Patrick J. Geile, Chapter 7 Bankruptcy Trustee