**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF IDAHO**

In re: Ficarella, Daniel R.                § Case No. 21-00135-NGH
                                           §
                                           §
                                           §
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

    Patrick J. Geile, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $39,550.00 | Assets Exempt: | $188,825.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $121,626.07 | Claims Discharged Without Payment: | $140,032.53 |
| Total Expenses of Administration: | $33,373.93 | | |

    3) Total gross receipts of $330,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $175,000.00 (see **Exhibit 2**), yielded net receipts of $155,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $130,520.00 | $103,153.67 | $103,153.67 | $103,153.67 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $33,373.93 | $33,373.93 | $33,373.93 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $89,275.74 | $69,229.19 | $69,229.19 | $18,472.40 |
| **TOTAL DISBURSEMENTS** | $219,795.74 | $205,756.79 | $205,756.79 | $155,000.00 |

4) This case was originally filed under chapter 7 on 03/05/2021.  The case was pending for 13 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  04/07/2022    By: /s/ Patrick J. Geile
                                              Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1921 E. Maple St., Caldwell, ID 83605-0000, Canyon County | 1110-000 | $330,000.00 |
| TOTAL GROSS RECEIPTS | | $330,000.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | Homestead exemption | 8100-002 | $175,000.00 |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $175,000.00 |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Pioneer Title | 4110-000 | NA | $103,153.67 | $103,153.67 | $103,153.67 |
| N/F | Horizon Credit Union | 4110-000 | $27,252.00 | NA | NA | NA |
| N/F | USDA Rural Development | 4110-000 | $10,425.00 | NA | NA | NA |
| N/F | USDA Rural Development | 4110-000 | $92,843.00 | NA | NA | NA |
| | TOTAL SECURED | | $130,520.00 | $103,153.67 | $103,153.67 | $103,153.67 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Patrick J. Geile | 2100-000 | NA | $11,000.00 | $11,000.00 | $11,000.00 |
| Trustee, Expenses - Patrick J. Geile | 2200-000 | NA | $20.53 | $20.53 | $20.53 |
| Costs to Secure/Maintain Property - Pioneer Title | 2420-000 | NA | $159.14 | $159.14 | $159.14 |
| Costs re Sale of Property - Pioneer Title | 2500-000 | NA | $2,364.50 | $2,364.50 | $2,364.50 |
| Banking and Technology Service Fee - East West Bank | 2600-000 | NA | $29.76 | $29.76 | $29.76 |
| Other State or Local Taxes (post-petition) - Pioneer Title | 2820-000 | NA | $1,665.03 | $1,665.03 | $1,665.03 |
| Other State or Local Taxes (post-petition) - Pioneer Title Company | 2820-000 | NA | -$1,665.03 | -$1,665.03 | -$1,665.03 |
| Realtor for Trustee Fees (Real Estate Commissions) - Todd Moffis | 3510-000 | NA | $19,800.00 | $19,800.00 | $19,800.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $33,373.93 | $33,373.93 | $33,373.93 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | TD Bank, USA | 7100-000 | NA | $749.42 | $749.42 | $199.97 |
| 2 | Cavalry SPV I, LLC | 7100-000 | NA | $988.85 | $988.85 | $263.85 |
| 3 | Cavalry SPV I, LLC | 7100-000 | NA | $2,507.23 | $2,507.23 | $669.00 |
| 4 | Cavalry SPV I, LLC | 7100-000 | NA | $4,542.64 | $4,542.64 | $1,212.11 |
| 5 | Bank of America, N.A. | 7100-000 | NA | $3,963.01 | $3,963.01 | $1,057.45 |
| 6-2 | Idaho Farm Bureau Financial Services | 7100-000 | NA | $1,121.75 | $1,121.75 | $299.32 |
| 7 | Discover Bank | 7100-000 | NA | $4,619.81 | $4,619.81 | $1,232.70 |
| 8 | Sheffield Financial, a division of Truist Bank | 7100-000 | NA | $3,668.67 | $3,668.67 | $978.91 |
| 9 | Sheffield Financial, a division of Truist Bank | 7100-000 | NA | $3,356.91 | $3,356.91 | $895.72 |
| 10 | Wells Fargo Bank, N.A. | 7100-000 | NA | $6,732.73 | $6,732.73 | $1,796.49 |
| 11 | West Valley Medical Center | 7100-000 | NA | $90.00 | $90.00 | $24.01 |
| 12 | Capital One Bank (USA), N.A. | 7100-000 | NA | $3,206.45 | $3,206.45 | $855.58 |
| 13 | Capital One Bank (USA), N.A. | 7100-000 | NA | $848.26 | $848.26 | $226.34 |
| 14 | Capital One Bank (USA), N.A. | 7100-000 | NA | $2,964.16 | $2,964.16 | $790.93 |
| 15 | Capital One Bank (USA), N.A. | 7100-000 | NA | $882.50 | $882.50 | $235.48 |
| 16 | Capital One Bank (USA), N.A. | 7100-000 | NA | $1,201.83 | $1,201.83 | $320.68 |
| 17 | Capital One Bank (USA), N.A. | 7100-000 | NA | $3,329.88 | $3,329.88 | $888.51 |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 18 | Citibank, N.A. | 7100-000 | NA | $114.29 | $114.29 | $30.50 |
| 19 | Citibank, N.A. | 7100-000 | NA | $511.02 | $511.02 | $136.36 |
| 20 | Citibank, N.A. | 7100-000 | NA | $691.63 | $691.63 | $184.55 |
| 21 | American Express National Bank | 7100-000 | NA | $1,041.26 | $1,041.26 | $277.84 |
| 22 | TD Retail Card Services | 7100-000 | NA | $1,788.91 | $1,788.91 | $477.33 |
| 23 | RC Willey Financial Services | 7100-000 | NA | $1,655.27 | $1,655.27 | $441.68 |
| 24 | Idaho Central Credit Union | 7100-000 | NA | $10,273.70 | $10,273.70 | $2,741.33 |
| 25 | Idaho Central Credit Union | 7100-000 | NA | $2,633.36 | $2,633.36 | $702.66 |
| 26 | U.S. Bank National Association | 7100-000 | NA | $4,873.93 | $4,873.93 | $1,300.51 |
| 27 | U.S. Bank National Association | 7100-000 | NA | $871.72 | $871.72 | $232.59 |
| N/F | 4x4 Shop Inc. | 7100-000 | $4,446.74 | NA | NA | NA |
| N/F | Am ex | 7100-000 | $1,041.00 | NA | NA | NA |
| N/F | BB&T | 7100-000 | $4,047.00 | NA | NA | NA |
| N/F | BB&T | 7100-000 | $4,169.00 | NA | NA | NA |
| N/F | Bank of America | 7100-000 | $3,963.00 | NA | NA | NA |
| N/F | Capital One | 7100-000 | $828.00 | NA | NA | NA |
| N/F | Capital One | 7100-000 | $3,206.00 | NA | NA | NA |
| N/F | Capital One | 7100-000 | $832.00 | NA | NA | NA |
| N/F | Capital One | 7100-000 | $2,964.00 | NA | NA | NA |
| N/F | Capital One Bank | 7100-000 | $3,329.00 | NA | NA | NA |
| N/F | Capital One NA | 7100-000 | $1,201.00 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Cavalry Portfolio Services | 7100-000 | $988.00 | NA | NA | NA |
| N/F | Cavalry Portfolio Services | 7100-000 | $2,507.00 | NA | NA | NA |
| N/F | Cavalry Portfolio Services | 7100-000 | $4,542.00 | NA | NA | NA |
| N/F | Cbna | 7100-000 | $463.00 | NA | NA | NA |
| N/F | Citibank | 7100-000 | $114.00 | NA | NA | NA |
| N/F | Citibank North America | 7100-000 | $648.00 | NA | NA | NA |
| N/F | Discover Financial | 7100-000 | $4,619.00 | NA | NA | NA |
| N/F | Farm Bureau | 7100-000 | $1,200.00 | NA | NA | NA |
| N/F | First National Bank | 7100-000 | $5,154.00 | NA | NA | NA |
| N/F | Idaho Central Credit Union | 7100-000 | $9,956.00 | NA | NA | NA |
| N/F | Idaho Central Credit Union | 7100-000 | $2,633.00 | NA | NA | NA |
| N/F | Idaho Farm Bureau Financial Services | 7100-000 | $1,114.00 | NA | NA | NA |
| N/F | Knight Adjustment Bureau | 7100-000 | $3,585.00 | NA | NA | NA |
| N/F | RC Willey Home Furnishings | 7100-000 | $2,655.00 | NA | NA | NA |
| N/F | Syncb/HH Gregg | 7100-000 | $1,007.00 | NA | NA | NA |
| N/F | Syncb/car Care Bruneel | 7100-000 | $807.00 | NA | NA | NA |
| N/F | Syncb/ccsycc | 7100-000 | $851.00 | NA | NA | NA |
| N/F | Synchrony Bank/Amazon | 7100-000 | $328.00 | NA | NA | NA |
| N/F | Synchrony Bank/Care Credit | 7100-000 | $494.00 | NA | NA | NA |
| N/F | Synchrony Bank/Lowes | 7100-000 | $672.00 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | TD Retail Card Services | 7100-000 | $1,747.00 | NA | NA | NA |
| N/F | Target | 7100-000 | $695.00 | NA | NA | NA |
| N/F | US Bank/RMS | 7100-000 | $5,738.00 | NA | NA | NA |
| N/F | Wells Fargo Bank NA | 7100-000 | $6,732.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$89,275.74** | **$69,229.19** | **$69,229.19** | **$18,472.40** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

| Case No.: | 21-00135-NGH | Trustee Name: | (320210) Patrick J. Geile |
| Case Name: | Ficarella, Daniel R. | Date Filed (f) or Converted (c): | 03/05/2021 (f) |
| | | § 341(a) Meeting Date: | 04/08/2021 |
| For Period Ending: | 04/07/2022 | Claims Bar Date: | 09/02/2021 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1921 E. Maple St., Caldwell, ID 83605-0000, Canyon County | 279,900.00 | 21,732.00 | | 330,000.00 | FA |
| 2 | 2013 Ford F250, 101000 miles | 25,500.00 | 0.00 | | 0.00 | FA |
| 3 | 1972 Ford F100 | 1,200.00 | 0.00 | | 0.00 | FA |
| 4 | 2008 Quality utility trailer | 1,500.00 | 0.00 | | 0.00 | FA |
| 5 | Sectional, fish tank & stand, TV stand, table, chairs | 800.00 | 0.00 | | 0.00 | FA |
| 6 | Kitchen appliances, dishes, pots and pans | 900.00 | 0.00 | | 0.00 | FA |
| 7 | Beds, dressers, decorations | 1,000.00 | 0.00 | | 0.00 | FA |
| 8 | Desk, chair, file cabinet | 500.00 | 0.00 | | 0.00 | FA |
| 9 | TVs, computer, printer, VCR/DVD player | 500.00 | 0.00 | | 0.00 | FA |
| 10 | 9mm pistol | 250.00 | 0.00 | | 0.00 | FA |
| 11 | Standard clothing | 75.00 | 0.00 | | 0.00 | FA |
| 12 | 2 cats | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Mower $5,000, mower $150, blower $100, blower $100, trimmer $50, hand tools $100 | 5,500.00 | 0.00 | | 0.00 | FA |
| 14 | Cash | 5.00 | 5.00 | | 0.00 | FA |
| 15 | Checking: First Interstate Bank - 2659 | 1,057.00 | 0.00 | | 0.00 | FA |
| 16 | Savings: Horizon Credit Union | 50.00 | 50.00 | | 0.00 | FA |
| 17 | Checking: Horizon Credit Union | 64.00 | 64.00 | | 0.00 | FA |
| 18 | Checking: First Interstate Bank -1866 | 16.00 | 16.00 | | 0.00 | FA |
| 19 | 2020 tax refund (credit for stimulus that was never received): Federal | 543.00 | 0.00 | | 0.00 | FA |
| 20 | 2020 tax refund: State | 90.00 | 90.00 | | 0.00 | FA |
| 20 | **Assets Totals (Excluding unknown values)** | **$319,450.00** | **$21,957.00** | | **$330,000.00** | **$0.00** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 2

| | |
|---|---|
| Case No.: 21-00135-NGH | Trustee Name: (320210) Patrick J. Geile |
| Case Name: Ficarella, Daniel R. | Date Filed (f) or Converted (c): 03/05/2021 (f) |
| | § 341(a) Meeting Date: 04/08/2021 |
| For Period Ending: 04/07/2022 | Claims Bar Date: 09/02/2021 |

**Major Activities Affecting Case Closing:**

          503/8/2021 Submitted tax refund request to IRS - sw
          06/01/2021 reviewed case; there is value in the real property probably 8K equity. sent demand to counsel for 11,800
          06/04/2021 submitted NOA and updated assets to FA-NEW
          08/17/2021 Todd walked through property ready to sell.
          08/30/2021 submitted order approving employment of moffis- new
          09/07/2021 claims review done, POC 23 & 24 need reviewed- new
          09/10/2021 filed motion for approval of sale- new
          09/13/2021 buyer backed out, motion still pending and placed back on the market.
          10/18/2021 submitted order approving sale- new
          11/05/2021 closing set and likely to close.
          12/06/2021 emailed Claimant 6 to amend claim to correct interest calculation.
          12/14/2021 TFR to UST
          12/27/2021 Filed NFR and Trustee Fee App
          01/27/2022 filed amended NFR
          02/28/2022 Distribution order entered, dkt50, cut and mailed checks

| | |
|---|---|
| Initial Projected Date Of Final Report (TFR): 06/06/2022 | Current Projected Date Of Final Report (TFR): 12/14/2021 (Actual) |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9

Page: 1

| Case No.: | 21-00135-NGH | Trustee Name: | Patrick J. Geile (320210) |
|---|---|---|---|
| Case Name: | Ficarella, Daniel R. | Bank Name: | East West Bank |
| Taxpayer ID #: | **-***7675 | Account #: | ******0715 Checking |
| For Period Ending: | 04/07/2022 | Blanket Bond (per case limit): | $51,601,059.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/09/21 | 10001 | Pioneer Title | Proceeds for Real Property Sale at 1921 E. Maple St., Caldwell per Order, Doc. No. 35 | | 27,857.66 | | 27,857.66 |
| | {1} | | Proceeds for Sale of 1921 E. Maple St $330,000.00 | 1110-000 | | | |
| | | | Homestead exemption -$175,000.00 | 8100-002 | | | |
| | | Todd Moffis | Real estate commission -$19,800.00 | 3510-000 | | | |
| | | | Net Payoff to two liens held by USDA -$103,153.67 | 4110-000 | | | |
| | | | Post-petition real estate taxes to Canyon County Treasurer -$1,665.03 | 2820-000 | | | |
| | | | Utility assessment paid to City of Caldwell -$159.14 | 2420-000 | | | |
| | | | Title insurance -$1,605.00 | 2500-000 | | | |
| | | | Closing costs and recording fees -$759.50 | 2500-000 | | | |
| 11/30/21 | 1 | East West Bank | Bank and Technology Services Fees | 2600-000 | | 29.76 | 27,827.90 |
| 12/07/21 | 10002 | Pioneer Title Company | Refund of taxes held at closing for Real property sale | 2820-000 | | -1,665.03 | 29,492.93 |
| 02/28/22 | 101 | Patrick J. Geile | Combined trustee compensation & expense dividend payments. | | | 11,020.53 | 18,472.40 |
| | | Patrick J. Geile | Claims Distribution - Tue, 12-14-2021 $11,000.00 | 2100-000 | | | |
| | | Patrick J. Geile | Claims Distribution - Tue, 12-14-2021 $20.53 | 2200-000 | | | |
| 02/28/22 | 102 | TD Bank, USA | Distribution payment - Dividend paid at 26.68% of $749.42; Claim # 1; Filed: $749.42 | 7100-000 | | 199.97 | 18,272.43 |
| 02/28/22 | 103 | Cavalry SPV I, LLC | Combined dividend payments for Claim #2, 3, 4 | | | 2,144.96 | 16,127.47 |
| | | Cavalry SPV I, LLC | Claims Distribution - Tue, 12-14-2021 $263.85 | 7100-000 | | | |
| | | Cavalry SPV I, LLC | Claims Distribution - Tue, 12-14-2021 $669.00 | 7100-000 | | | |
| | | Cavalry SPV I, LLC | Claims Distribution - Tue, 12-14-2021 $1,212.11 | 7100-000 | | | |

Page Subtotals:        $27,857.66        $11,730.19

{ } Asset Reference(s)        UST Form 101-7-TDR ( 10 /1/2010)        ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9

Page: 2

| Case No.: | 21-00135-NGH | Trustee Name: | Patrick J. Geile (320210) |
|---|---|---|---|
| Case Name: | Ficarella, Daniel R. | Bank Name: | East West Bank |
| Taxpayer ID #: | **-***7675 | Account #: | ******0715 Checking |
| For Period Ending: | 04/07/2022 | Blanket Bond (per case limit): | $51,601,059.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/28/22 | 104 | Bank of America, N.A. | Distribution payment - Dividend paid at 26.68% of $3,963.01; Claim # 5; Filed: $3,963.01 | 7100-000 | | 1,057.45 | 15,070.02 |
| 02/28/22 | 105 | Idaho Farm Bureau Financial Services | Distribution payment - Dividend paid at 26.68% of $1,121.75; Claim # 6-2; Filed: $1,121.75 | 7100-000 | | 299.32 | 14,770.70 |
| 02/28/22 | 106 | Discover Bank | Distribution payment - Dividend paid at 26.68% of $4,619.81; Claim # 7; Filed: $4,619.81 | 7100-000 | | 1,232.70 | 13,538.00 |
| 02/28/22 | 107 | Sheffield Financial, a division of Truist Bank | Combined dividend payments for Claim #8, 9 | | | 1,874.63 | 11,663.37 |
| | | Sheffield Financial, a division of Truist Bank | Claims Distribution - Tue, 12-14-2021                                $978.91 | 7100-000 | | | |
| | | Sheffield Financial, a division of Truist Bank | Claims Distribution - Tue, 12-14-2021                                $895.72 | 7100-000 | | | |
| 02/28/22 | 108 | Wells Fargo Bank, N.A. | Distribution payment - Dividend paid at 26.68% of $6,732.73; Claim # 10; Filed: $6,732.73 | 7100-000 | | 1,796.49 | 9,866.88 |
| 02/28/22 | 109 | West Valley Medical Center | Distribution payment - Dividend paid at 26.68% of $90.00; Claim # 11; Filed: $90.00 | 7100-000 | | 24.01 | 9,842.87 |
| 02/28/22 | 110 | Capital One Bank (USA), N.A. | Combined dividend payments for Claim #12, 13, 14, 15, 16, 17 | | | 3,317.52 | 6,525.35 |
| | | Capital One Bank (USA), N.A. | Claims Distribution - Tue, 12-14-2021                                $855.58 | 7100-000 | | | |
| | | Capital One Bank (USA), N.A. | Claims Distribution - Tue, 12-14-2021                                $226.34 | 7100-000 | | | |
| | | Capital One Bank (USA), N.A. | Claims Distribution - Tue, 12-14-2021                                $790.93 | 7100-000 | | | |
| | | Capital One Bank (USA), N.A. | Claims Distribution - Tue, 12-14-2021                                $235.48 | 7100-000 | | | |
| | | Capital One Bank (USA), N.A. | Claims Distribution - Tue, 12-14-2021                                $320.68 | 7100-000 | | | |
| | | Capital One Bank (USA), N.A. | Claims Distribution - Tue, 12-14-2021                                $888.51 | 7100-000 | | | |
| 02/28/22 | 111 | Citibank, N.A. | Combined dividend payments for Claim #18, 19, 20 | | | 351.41 | 6,173.94 |
| | | Citibank, N.A. | Claims Distribution - Tue, 12-14-2021                                $30.50 | 7100-000 | | | |
| | | Citibank, N.A. | Claims Distribution - Tue, 12-14-2021                                $136.36 | 7100-000 | | | |

Page Subtotals:          $0.00          $9,953.53

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)                    ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 3

| Case No.: | 21-00135-NGH | Trustee Name: | Patrick J. Geile (320210) |
|---|---|---|---|
| Case Name: | Ficarella, Daniel R. | Bank Name: | East West Bank |
| Taxpayer ID #: | **-***7675 | Account #: | ******0715 Checking |
| For Period Ending: | 04/07/2022 | Blanket Bond (per case limit): | $51,601,059.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | Citibank, N.A. | Claims Distribution - Tue, 12-14-2021  $184.55 | 7100-000 | | | |
| 02/28/22 | 112 | American Express National Bank | Distribution payment - Dividend paid at 26.68% of $1,041.26; Claim # 21; Filed: $1,041.26 | 7100-000 | | 277.84 | 5,896.10 |
| 02/28/22 | 113 | TD Retail Card Services | Distribution payment - Dividend paid at 26.68% of $1,788.91; Claim # 22; Filed: $1,788.91 | 7100-000 | | 477.33 | 5,418.77 |
| 02/28/22 | 114 | RC Willey Financial Services | Distribution payment - Dividend paid at 26.68% of $1,655.27; Claim # 23; Filed: $1,655.27 | 7100-000 | | 441.68 | 4,977.09 |
| 02/28/22 | 115 | Idaho Central Credit Union | Combined dividend payments for Claim #24, 25 | | | 3,443.99 | 1,533.10 |
| | | Idaho Central Credit Union | Claims Distribution - Tue, 12-14-2021  $2,741.33 | 7100-000 | | | |
| | | Idaho Central Credit Union | Claims Distribution - Tue, 12-14-2021  $702.66 | 7100-000 | | | |
| 02/28/22 | 116 | U.S. Bank National Association | Combined dividend payments for Claim #26, 27 | | | 1,533.10 | 0.00 |
| | | U.S. Bank National Association | Claims Distribution - Tue, 12-14-2021  $1,300.51 | 7100-000 | | | |
| | | U.S. Bank National Association | Claims Distribution - Tue, 12-14-2021  $232.59 | 7100-000 | | | |

| | | | | | |
|---|---|---|---|---|---|
| | COLUMN TOTALS | | | 27,857.66 | 27,857.66 | $0.00 |
| | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | Subtotal | | | 27,857.66 | 27,857.66 | |
| | Less: Payments to Debtors | | | | 175,000.00 | |
| | NET Receipts / Disbursements | | | $27,857.66 | -$147,142.34 | |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

**Form 2**

**Cash Receipts And Disbursements Record**

Exhibit 9

Page: 4

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 21-00135-NGH | | **Trustee Name:** | Patrick J. Geile (320210) |
| **Case Name:** | Ficarella, Daniel R. | | **Bank Name:** | East West Bank |
| **Taxpayer ID #:** | **-***7675 | | **Account #:** | ******0715 Checking |
| **For Period Ending:** | 04/07/2022 | | **Blanket Bond (per case limit):** | $51,601,059.00 |
| | | | **Separate Bond (if applicable):** | N/A |

|  |  |
|---:|---:|
| Net Receipts: | $27,857.66 |
| Plus Gross Adjustments: | $302,142.34 |
| Less Payments to Debtor: | $175,000.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $155,000.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******0715 Checking | $27,857.66 | -$147,142.34 | $0.00 |
| | **$27,857.66** | **-$147,142.34** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)